B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gabriel Sales Co. of Oak Park, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3028313** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**52 East North Ave.**<br>**Northlake, IL**<br>ZIP Code **60164** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity**<br>(Check box, if applicable) | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gabriel Sales Co. of Oak Park, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Gabriel Sales Co. of Oak Park, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Golan & Christie LLP**
Firm Name

**70 W. Madison**
**Suite 1500**
**Chicago, IL 60602**

Address

**Email: rrbenjamin@golanchristie.com**
**(312) 263-2300  Fax: (312) 263-0939**
Telephone Number

**October  5, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Stuart A. Swezey**
Signature of Authorized Individual

**Stuart A. Swezey**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  5, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Gabriel Sales Co. of Oak Park, Inc.                    Case No. _____

Debtor(s)           Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 2000 25th LLC<br>c/o Ronald A. Stearney<br>211 W. Wacker Dr., #500<br>Chicago, IL 60606 | 2000 25th LLC<br>c/o Ronald A. Stearney<br>211 W. Wacker Dr., #500<br>Chicago, IL 60606 | Rent for Broadview property | Unliquidated | 5,848.60 |
| All Products<br>4701 W. Cortland Ave.<br>Chicago, IL 60639 | All Products<br>4701 W. Cortland Ave.<br>Chicago, IL 60639 | Goods and Services | | 8,683.92 |
| Altec Industries, Inc.<br>2106 S. Riverside Rd.<br>Saint Joseph, MO 64507 | Altec Industries, Inc.<br>2106 S. Riverside Rd.<br>Saint Joseph, MO 64507 | Goods and Services | | 3,761.60 |
| BP Amoco Card<br>PO Box 70887<br>Charlotte, NC 28272 | BP Amoco Card<br>PO Box 70887<br>Charlotte, NC 28272 | Goods and Services | | 4,886.81 |
| Brett Equipment<br>13907 Kostner Ave.<br>Crestwood, IL 60445 | Brett Equipment<br>13907 Kostner Ave.<br>Crestwood, IL 60445 | Goods and Services | | 5,141.04 |
| Community Bank of Oak Park<br>River Forest<br>1001 W. Lake St.<br>Oak Park, IL 60302 | Community Bank of Oak Park<br>River Forest<br>1001 W. Lake St.<br>Oak Park, IL 60302 | Loan and Security Agreement dated 02/15/01 subordinated | Unliquidated<br>Disputed | 229,512.76<br><br>(0.00 secured) |
| Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 | Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 | Withholding Tax | | 7,581.03 |
| Great Lakes Business Credit, LLC<br>1700 W. Big Beaver Rd.<br>Ste. 235<br>Troy, MI 48084 | Great Lakes Business Credit, LLC<br>1700 W. Big Beaver Rd.<br>Ste. 235<br>Troy, MI 48084 | Loan and Security Agreement dated 01/25/06 and multiple forebearance agreements thereafter | Unliquidated | 282,496.00<br><br>(153,030.32 secured) |
| Harold's Auto Services<br>2500 S. Central<br>Cicero, IL 60804 | Harold's Auto Services<br>2500 S. Central<br>Cicero, IL 60804 | Goods and Services | | 50,000.00 |
| Joe Rizza<br>2100 South Harlem Ave.<br>North Riverside, IL 60546 | Joe Rizza<br>2100 South Harlem Ave.<br>North Riverside, IL 60546 | Goods and Services | | 8,200.39 |

B4 (Official Form 4) (12/07) - Cont.

In re   Gabriel Sales Co. of Oak Park, Inc.                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| McCarthy Ford<br>11400 S. Pulaski<br>Chicago, IL 60655 | McCarthy Ford<br>11400 S. Pulaski<br>Chicago, IL 60655 | Goods and Services | | 3,806.27 |
| Middle Atlantic Warehouse Distributor, Inc.<br>601 Vickers St.<br>Tonawanda, NY 14150 | Middle Atlantic Warehouse Distributor, Inc.<br>601 Vickers St.<br>Tonawanda, NY 14150 | Goods Purchased | Unliquidated Disputed | 33,746.00<br><br>(0.00 secured) |
| Prime Automotive<br>PO Box 741554<br>Atlanta, GA 30374 | Prime Automotive<br>PO Box 741554<br>Atlanta, GA 30374 | Goods and Services | | 6,074.04 |
| Sprint<br>PO Box 4181<br>Carol Stream, IL 60197 | Sprint<br>PO Box 4181<br>Carol Stream, IL 60197 | Goods and Services | Disputed | 5,900.30 |
| State of Illinois<br>Department of Revenue<br>PO Box 19006<br>Springfield, IL 62794 | State of Illinois<br>Department of Revenue<br>PO Box 19006<br>Springfield, IL 62794 | Sales Tax 12/31/09 to 07/31/12 | | 78,071.28 |
| Stewardship Holdings, LLC<br>PO Box 2775<br>Glenview, IL 60025 | Stewardship Holdings, LLC<br>PO Box 2775<br>Glenview, IL 60025 | Rent at 52 E. North Ave., Northlake, IL | Unliquidated Disputed | 35,600.00 |
| Stone Wheel Inc.<br>7675 S. Quincy St.<br>Willowbrook, IL 60527 | Stone Wheel Inc.<br>7675 S. Quincy St.<br>Willowbrook, IL 60527 | Goods and Services | | 24,600.00 |
| Stuart Swezey<br>2975 Groveland Ave.<br>North Riverside, IL 60546 | Stuart Swezey<br>2975 Groveland Ave.<br>North Riverside, IL 60546 | Loan | | 194,313.13 |
| Uni Select<br>2600 South 25th Ave.<br>Unit O<br>Broadview, IL 60155 | Uni Select<br>2600 South 25th Ave.<br>Unit O<br>Broadview, IL 60155 | Goods and Services | | 65,000.00 |
| Wickstrom Chevrolet<br>555 E. Irving Park Rd.<br>Roselle, IL 60172 | Wickstrom Chevrolet<br>555 E. Irving Park Rd.<br>Roselle, IL 60172 | Goods and Services | | 6,015.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   October 5, 2012                          Signature   /s/ Stuart A. Swezey
                                                            Stuart A. Swezey
                                                            President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gabriel Sales Co. of Oak Park, Inc.**                      ,        Case No. _____

                                  Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 163,980.32 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 556,665.76 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 86,640.31 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 480,575.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 163,980.32 | | |
| Total Liabilities | | | | 1,123,881.07 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gabriel Sales Co. of Oak Park, Inc.** _____ ,        Case No. _____

                                                          Debtor

                                                                  Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Gabriel Sales Co. of Oak Park, Inc.**                                   ,   Case No. _____
                                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | | |
| --- | --- | --- | --- |
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Gabriel Sales Co. of Oak Park, Inc.** ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | **Petty Cash** | - | 60.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking** | - | 132.68 |
| | | **Community Bank of Oak Park River Forest Checking** | - | 0.64 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         193.32
(Total of this page)

 __2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Gabriel Sales Co. of Oak Park, Inc.**                                      ,     Case No. _____
                                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Less than 90 days: $95,645.00 (85%)** **More than 90 days: $32,577.00 (50%)** | **-** | **97,587.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                  **97,587.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Gabriel Sales Co. of Oak Park, Inc.** ,   Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Village of Northlake Business license** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Chevy HHR Panel** | - | 8,800.00 |
| | | **2001 Ford Focus** | - | 900.00 |
| | | **2003 Chevy S-10** | - | 500.00 |
| | | **1997 Mercury Villager** | - | 750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Liquidation Value** | - | 1,525.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Liquidation Value** | - | 1,725.00 |
| 30. Inventory. | | **Liquidation Value** | - | 47,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Distribution Agreement with Automotive Distribution Network f/k/a Parts Plus** | - | 5,000.00 |

|  |  |
|---|---|
| Sub-Total > | 66,200.00 |
| (Total of this page) | |
| Total > | 163,980.32 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    Gabriel Sales Co. of Oak Park, Inc.                                    Case No. _____
                                          Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 024915271615 | | | | | | | | |
| Ally PO Box 380902 Bloomington, MN 55438 | | N A | 2010 Chevy HHR Panel | | X | | | |
| | | | VALUE          $8,800.00 | | | | $10,911.00 | $2,111.00 |
| ACCOUNT NO. | | | | | | | | |
| Community Bank of Oak Park River Forest 1001 W. Lake St. Oak Park, IL 60302 | | N A | Loan and Security Agreement dated 02/15/01 subordinated | X | X | | | |
| | | | VALUE               $0.00 | | | | $229,512.76 | $229,512.76 |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re   Gabriel Sales Co. of Oak Park, Inc.                              Case No. _____

                          Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Great Lakes Business Credit, LLC c/o Eugene J Geekie, Jr, Freeborn & Peters, 311 S Wacker Dr, Ste 3000 Chicago, IL 60606 | | N A | See Great Lakes Business Credit, LLC | | X | | See Great Lakes Business Credit, LLC | See Great Lakes Business Credit, LLC |
| | | | VALUE           $0.00 | | | | | |
| ACCOUNT NO. GSC01 AR | | | | | | | | |
| Great Lakes Business Credit, LLC 1700 W. Big Beaver Rd. Ste. 235 Troy, MI 48084 | | N A | Loan and Security Agreement dated 01/25/06 and multiple forebearance agreements thereafter | | X | | $282,496.00 | $129,465.68 |
| | | | VALUE      $153,030.32 | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Jack Phelan Chevrolet II, Inc. 4000 S. Harlem Ave. Lyons, IL 60534 | | N A | See Ally | | X | | See Ally | See Ally |
| | | | VALUE           $0.00 | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Middle Atlantic Warehouse Distributor, Inc. 601 Vickers St. Tonawanda, NY 14150 | | N A | Goods Purchased | | X | X | $33,746.00 | $33,746.00 |
| | | | VALUE           $0.00 | | | | | |
| | | | Total(s) (Use only on last page) | | | | $556,665.76 | $394,835.44 |
| | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (4/10)

.

In re  **Gabriel Sales Co. of Oak Park, Inc.**                                    Case No. _____
                                                              ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Gabriel Sales Co. of Oak Park, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Department of Treasury Internal Revenue Service Cincinnati, OH 45999** | - | | **Withholding Tax** | | | | 7,581.03 | 0.00 | 7,581.03 |
| Account No.<br><br>**Illinois Department of Employment Security 33 S. State St., 10th Fl. Chicago, IL 60603** | - | | **State Withholding Taxes** | | | | 988.00 | 0.00 | 988.00 |
| Account No. **0423-8214**<br><br>**State of Illinois Department of Revenue PO Box 19006 Springfield, IL 62794** | - | | **Sales Tax 12/31/09 to 07/31/12** | | | | 78,071.28 | 14,425.05 | 63,646.23 |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 14,425.05 |
| | | 86,640.31 | 72,215.26 |
| | Total (Report on Summary of Schedules) | 14,425.05 |
| | | 86,640.31 | 72,215.26 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re   **Gabriel Sales Co. of Oak Park, Inc.**                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**2000 25th LLC** <br>**c/o Ronald A. Stearney** <br>**211 W. Wacker Dr., #500** <br>**Chicago, IL 60606** | - | | **Rent for Broadview property** | | X | | 5,848.60 |
| Account No. <br><br>**ACI Parts Warehousing** <br>**330 32nd St. SE** <br>**Grand Rapids, MI 49548** | | | **Goods and Services** | | | | 1,150.67 |
| Account No. 7083831165 <br><br>**Advance Auto Parts** <br>**PO Box 5219** <br>**Carol Stream, IL 60197** | - | | **Goods and Services** | | | | 1,486.58 |
| Account No. <br><br>**Al Piemonte Ford** <br>**2500 North Ave.** <br>**Melrose Park, IL 60160** | - | | **Goods and Services** | | | | 758.82 |
| __14__   continuation sheets attached | | | Subtotal <br>(Total of this page) | | | | 9,244.67 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gabriel Sales Co. of Oak Park, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **29000** <br><br> All Products <br> 4701 W. Cortland Ave. <br> Chicago, IL 60639 | | - | | Goods and Services | | | | 8,683.92 |
| Account No. <br><br> Altec <br> PO Box 11407 <br> Birmingham, AL 35246 | | - | | Goods and Services | | | | 114.29 |
| Account No. <br><br> Altec Industries, Inc. <br> 2106 S. Riverside Rd. <br> Saint Joseph, MO 64507 | | - | | Goods and Services | | | | 3,761.60 |
| Account No. <br><br> Anderson Rock River Ford <br> c/o Herbert I. Greene <br> 401 W. State St., Ste. 600 <br> Rockford, IL 61101 | X | - | | Goods Sold | | X | | 2,173.20 |
| Account No. **272** <br><br> Aqua Chill of Chicago <br> PO Box 24684 <br> Tempe, AZ 85285 | | - | | Goods and Services | | | | 150.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,883.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gabriel Sales Co. of Oak Park, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 00rg00219 | | | | Goods and Services | | | | |
| Associated Tire 6208 W. Roosevelt Rd. Oak Park, IL 60304 | | - | | | | | | 1,997.04 |
| Account No. 70856206526542 | | | | Goods and Services | | | | |
| AT&T PO Box 8100 Aurora, IL 60507 | | - | | | | | | 48.88 |
| Account No. 1191345 autowares | | | | Goods and Services | | | | |
| Autowares 440 Kirkland S. W. Grand Rapids, MI 49507 | | - | | | | | | 81.00 |
| Account No. 858536 | | | | Goods and Services | | | | |
| Autozone 3510 E. Broadway Quincy, IL 62301 | | - | | | | | | 467.27 |
| Account No. 164gab | | | | Goods and Services | | | | |
| Battery Service Corporation 410 S. Evergreen St. Bensenville, IL 60106 | | - | | | | | | 1,337.93 |

Sheet no. __2___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,932.12

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gabriel Sales Co. of Oak Park, Inc.** _____ ,  Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6450** <br><br> **Bill Kay Ford** <br> **14633 S. Cicero Ave.** <br> **Midlothian, IL 60445** | | - | | Goods and Services | | | | 1,213.18 |
| Account No. <br><br> **Blake Sales** <br> **3628 S. Blake St.** <br> **Chicago, IL 60609** | | - | | Goods and Services | | | | 603.50 |
| Account No. <br><br> **BP Amoco Card** <br> **PO Box 70887** <br> **Charlotte, NC 28272** | | - | | Goods and Services | | | | 4,886.81 |
| Account No. **1103/1105** <br><br> **Brett Equipment** <br> **13907 Kostner Ave.** <br> **Crestwood, IL 60445** | | - | | Goods and Services | | | | 5,141.04 |
| Account No. <br><br> **Brown & Brown Auto Center** <br> **1400 Locke Drive** <br> **Bradley, IL 60915** | | - | | Goods and Services | | | | 1,906.45 |

Sheet no. __3__ of __14__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  **13,750.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gabriel Sales Co. of Oak Park, Inc.** _____ ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2079** <br><br> **Chicago Parts & Sound LLC** <br> **1150 Lively Blvd.** <br> **Elk Grove Village, IL 60007** | - | | Goods and Services | | | | 530.03 |
| Account No. **ZX433** <br><br> **Citgo** <br> **PO Box 70995** <br> **Charlotte, NC 28272** | - | | Goods and Services | | | | 222.20 |
| Account No. **9039** <br><br> **Coffman Truck Sales Inc.** <br> **1149 W. Lake St.** <br> **Aurora, IL 60507** | - | | Goods and Services | | | | 705.00 |
| Account No. <br><br> **Consolidated Auto Service** <br> **1045 S. Des Plaines Ave.** <br> **Forest Park, IL 60130** | - | | Goods and Services | | | | 3,700.00 |
| Account No. <br><br> **Cunningham Security Systems** <br> **917 Lunt Ave.** <br> **Schaumburg, IL 60193** | - | | Goods and Services | | | | 162.50 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,319.73**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gabriel Sales Co. of Oak Park, Inc.**                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3831165**<br><br>**Engine Rebuilders**<br>**4010 W. North Ave.**<br>**Stone Park, IL 60165** | - | | | **Goods and Services** | | | | 225.00 |
| Account No. **11302813**<br><br>**Exide Technologies**<br>**PO Box 933479**<br>**Atlanta, GA 31193** | | | | **Goods and Services** | | | | 1,164.90 |
| Account No. **EH5515**<br><br>**Factory Motor Parts Company**<br>**NW 5544**<br>**PO Box 1450**<br>**Minneapolis, MN 55485** | - | | | **Goods and Services** | | | | 2,039.48 |
| Account No. **ILELM0414**<br><br>**Fastenal**<br>**PO Box 978**<br>**Winona, MN 55987** | - | | | **Goods and Services** | | | | 1,439.16 |
| Account No.<br><br>**FleetPride**<br>**PO Box 847118**<br>**Dallas, TX 75284** | - | | | **Goods and Services** | | | | 1,010.96 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 5,879.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gabriel Sales Co. of Oak Park, Inc.**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Goods and Services | | | | |
| **Forest Automotive** **950 Des Plaines Ave.** **Forest Park, IL 60130** | | | | | | | 2,800.00 |
| Account No. 901336063549 | | - | Goods and Services | | | | |
| **GE Capital** **PO Box 740423** **Atlanta, GA 30374** | | | | | | | 511.66 |
| Account No. 5351840 | | - | Goods and Services | | | | |
| **Great Lakes Equipment Co.** **592 Mayer Street** **Oglesby, IL 61348** | | | | | | | 1,407.88 |
| Account No. 737599 | | - | Goods and Services | | | | |
| **Grote Industries** **Dept. 0116** **Cincinnati, OH 45263** | | | | | | | 5.08 |
| Account No. | | - | Goods and Services | | | | |
| **H&R Auto and Towing** **805 Hannah Ave.** **Forest Park, IL 60130** | | | | | | | 3,200.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,924.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gabriel Sales Co. of Oak Park, Inc.**                                    ,         Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Harold's Auto Services** <br> **2500 S. Central** <br> **Cicero, IL 60804** | - | | **Goods and Services** | | | | 50,000.00 |
| Account No. **gab01** <br><br> **J&R Material Handling Services** <br> **PO Box 358** <br> **La Grange, IL 60525** | - | | **Goods and Services** | | | | 127.50 |
| Account No. <br><br> **Jaws Inc.** <br> **2100 W. 32nd St.** <br> **Chicago, IL 60608** | - | | **Goods and Services** | | | | 1,229.75 |
| Account No. **220B-24268** <br><br> **Jennings Chevrolet Inc.** <br> **241 Waukegan Rd.** <br> **Glenview, IL 60025** | - | | **Goods and Services** | | | | 629.94 |
| Account No. **7454** <br><br> **Joe Rizza** <br> **2100 South Harlem Ave.** <br> **North Riverside, IL 60546** | - | | **Goods and Services** | | | | 8,200.39 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,187.58

B6F (Official Form 6F) (12/07) - Cont.

In re __Gabriel Sales Co. of Oak Park, Inc._____,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Lakeisha S. Love** <br>**220 Silverlane** <br>**Melrose Park, IL 60160** | - | | | | **Property damage and bodily injury claim arising out of collision on 9/11/12** | | X | X | **Unknown** |
| Account No. <br><br> **Leo Roman** <br>**3319 Highway Ave.** <br>**Highland, IN 46322** | - | | | | **Goods and Services** | | | | **46.27** |
| Account No. **11200** <br><br> **LTD Ford** <br>**848 E. Noleman** <br>**PO Box 724** <br>**Centralia, IL 62801** | - | | | | **Goods and Services** | | | | **591.46** |
| Account No. <br><br> **Madison Partners Realty** <br>**2340 River Road** <br>**Ste. 310** <br>**Des Plaines, IL 60018** | - | | | | **Rent at 2000 S. 25th, Broadview, IL** | | X | | **0.00** |
| Account No. **41410** <br><br> **Map Alsip** <br>**12356 LA Trobe** <br>**Alsip, IL 60803** | - | | | | **Goods and Services** | | | | **99.10** |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **736.83**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gabriel Sales Co. of Oak Park, Inc.** _____ ,   Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **McAllister Equipment** 150 E. North Ave. Villa Park, IL 60181 | - | | Goods and Services | | | | 27.11 |
| Account No. 1120-22952 **McCarthy Ford** 11400 S. Pulaski Chicago, IL 60655 | - | | Goods and Services | | | | 3,806.27 |
| Account No. 17801 **Network Products** 200 Enterprise Rd. Somerville, TN 38068 | - | | Goods and Services | | | | 834.00 |
| Account No. 06 42 48 8136 2 **Nicor** PO Box 0632 Aurora, IL 60507 | - | | Goods and Services | | | | 819.42 |
| Account No. 5351840 **Patten Industries** #774539 4539 Solutions Center Chicago, IL 60677 | - | | Goods and Services | | | | 126.84 |

Sheet no. __9___ of __14___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,613.64

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gabriel Sales Co. of Oak Park, Inc.** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **16510**<br><br>**Prime Automotive**<br>**PO Box 741554**<br>**Atlanta, GA 30374** | - | | | **Goods and Services** | | | | 6,074.04 |
| Account No. **84161997**<br><br>**Primus**<br>**PO Box 3246**<br>**Milwaukee, WI 53201** | - | | | **Goods and Services** | | | | 1,222.65 |
| Account No. **47740**<br><br>**Quality Brand**<br>**12570 Route 30**<br>**Irwin, PA 15642** | - | | | **Goods and Services** | | | | 1,564.22 |
| Account No. **2461**<br><br>**Rock River Ford**<br>**224 N. Alpine**<br>**Rockford, IL 61107** | - | | | **Goods and Services** | | | | 2,137.20 |
| Account No.<br><br>**Sam A. Montiel**<br>**210 Glengarry Dr.**<br>**Unit 111**<br>**Bloomingdale, IL 60108** | - | | | **Property damage and bodily injury claim arising out of collision on 9/11/12** | | X | X | Unknown |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,998.11

B6F (Official Form 6F) (12/07) - Cont.

In re __**Gabriel Sales Co. of Oak Park, Inc.**_____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **300233** | | | - | | Goods and Services | | | | |
| **Schauers Hardware** **7449 W. Madison** **Forest Park, IL 60130** | | | | | | | | | 5.38 |
| Account No. **5005** | | | - | | Goods and Services | | | | |
| **Schmidt Chevrolet Cadillac Inc.** **1421 W. McCord** **PO Box 486** **Centralia, IL 62801** | | | | | | | | | 329.32 |
| Account No. **7191573** | | | - | | Goods and Services | | | X | |
| **Secura Insurance** **PO Box 3053** **Milwaukee, WI 53201** | | | | | | | | | 2,066.79 |
| Account No. **44375** | | | - | | Goods and Services | | X | | |
| **Shell** **PO Box 183019** **Columbus, OH 43218** | | | | | | | | | 587.76 |
| Account No. **609290715** | | | - | | Goods and Services | | | X | |
| **Sprint** **PO Box 4181** **Carol Stream, IL 60197** | | | | | | | | | 5,900.30 |

Sheet no. __**11**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,889.55

B6F (Official Form 6F) (12/07) - Cont.

In re **Gabriel Sales Co. of Oak Park, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Rent at 52 E. North Ave., Northlake, IL | | | | |
| Stewardship Holdings, LLC PO Box 2775 Glenview, IL 60025 | | | | | | X | X | |
| | | | | | | | | 35,600.00 |
| Account No. | | - | | Goods and Services | | | | |
| Stone Wheel Inc. 7675 S. Quincy St. Willowbrook, IL 60527 | | | | | | | | |
| | | | | | | | | 24,600.00 |
| Account No. | | - | | Loan | | | | |
| Stuart Swezey 2975 Groveland Ave. North Riverside, IL 60546 | | | | | | | | |
| | | | | | | | | 194,313.13 |
| Account No. 3831165s | | - | | Goods and Services | | | | |
| Sunrise Chevrolet PO Box 6919 Saginaw, MI 48608 | | | | | | | | |
| | | | | | | | | 285.15 |
| Account No. 23830 | | - | | Goods and Services | | | | |
| Sure Plus Mfg. Co. 12th and McKinley Chicago Heights, IL 60411 | | | | | | | | |
| | | | | | | | | 187.01 |

Sheet no. __12__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   254,985.29

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gabriel Sales Co. of Oak Park, Inc.**                                ,      Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **58258** | | | Goods and Services | | | | |
| Team Fenex/L&P Financial c/o US Bank PO Box 952092 Saint Louis, MO 63195 | - | | | | | | 1,086.36 |
| Account No. **42400** | | | Goods and Services | | | | |
| Uni Select 2600 South 25th Ave. Unit O Broadview, IL 60155 | - | | | | | | 65,000.00 |
| Account No. **656835** | | | Goods and Services | | | | |
| UPS Lockbox 577 Carol Stream, IL 60132 | - | | | | | | 1,734.55 |
| Account No. **trista02** | | | Goods and Services | | | | |
| WHI Solutions Inc. PO Box 673749 Detroit, MI 48267 | - | | | | | | 126.30 |
| Account No. **gABR38** | | | Goods and Services | | | | |
| Wickstrom Chevrolet 555 E. Irving Park Rd. Roselle, IL 60172 | - | | | | | | 6,015.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                73,962.21
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gabriel Sales Co. of Oak Park, Inc.** _____,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **12875**<br><br>**Wickstrom Ford**<br>**600 W. Northwest Highway**<br>**Barrington, IL 60010** | | - | | **Goods and Services** | | | | 976.33 |
| Account No.<br><br>**Wisconsin Wholesale Tire**<br>**3655 N. 126th St.**<br>**Unit D**<br>**Brookfield, WI 53005** | | - | | **Goods and Services** | | | | 1,284.00 |
| Account No.<br><br>**Wrights Auto & Tractor Parts, Inc.**<br>**2024 N. 24th St.**<br>**Quincy, IL 62301** | | - | | **Goods and Services** | | | | 1,154.37 |
| Account No. **777233**<br><br>**WTD Supply**<br>**16 Rewe St.**<br>**Brooklyn, NY 11211** | | - | | **Goods and Services** | | | | 852.46 |
| Account No. | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 4,267.16 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 480,575.00 |

B6G (Official Form 6G) (12/07)

.

In re  **Gabriel Sales Co. of Oak Park, Inc.**                                    Case No. _____
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Automotive Distribution Network**<br>**f/k/a Parts Plus**<br>**3085 Fountainside Dr., #210**<br>**Germantown, TN 38138** | **Distribution network** |
| **Madison Partners Realty**<br>**2340 River Road**<br>**Ste. 310**<br>**Des Plaines, IL 60018** | **Non-residential lease of real property at 2000 S.**<br>**25th, Broadview, IL terminated prepetition** |
| **Stewardship Holdings, LLC**<br>**PO Box 2775**<br>**Glenview, IL 60025** | **Non-residential lease of real property at 52 E.**<br>**North Ave., Northlake, IL at $3,600.00 gross**<br>**through September 30, 2015** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Gabriel Sales Co. of Oak Park, Inc.** _____ , Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Stuart Swezey**<br>**2975 Groveland Ave.**<br>**North Riverside, IL 60546** | **Anderson Rock River Ford**<br>**c/o Herbert I. Greene**<br>**401 W. State St., Ste. 600**<br>**Rockford, IL 61101** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Gabriel Sales Co. of Oak Park, Inc.

Debtor(s)

Case No.
Chapter   11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   October  5, 2012

Signature   /s/ Stuart A. Swezey
Stuart A. Swezey
President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Gabriel Sales Co. of Oak Park, Inc.                                     Case No.
                                        Debtor(s)                    Chapter      11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $336,087.00 | 2012 through August 31, 2012: Net Revenue |
| $2,149,742.00 | 2011: Net Revenue |
| $3,757,586.00 | 2010: Net Revenue |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                    AMOUNT            SOURCE

#### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Automotive Distribution Network | July, August, September 2012 | $9,669.21 | $0.00 |
| Illinois Department of Revenue | July, August, September 2012 | $9,076.00 | $66,472.00 |
| Linkage Capital Management, LLC | July, August, September 2012 | $13,500.00 | $0.00 |
| Parts 3, LLC | July, August, September 2012 | $123,716.55 | $0.00 |
| WHI Solutions, Inc. | July, August, September 2012 | $7,923.99 | $0.00 |
| Ally | September 2012 | $10,911.06 | $10,911.00 |

None □

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Casey Kloess Wages to family member | October 2011 to September 2012 | $4,123.36 | $0.00 |

#### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Anderson Rock River Ford v. Gabriel Sales Co. 2012 CH 1729 | Breach of Contract | Winnebago County, IL | Judgment |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 2000 25th LLC v. Gabriel Sales 2012 M1 720981 | Forcible and Monetary Judgment | Cook County, IL | Judgment |
| Great Lakes Business Credit v. Gabriel Sales Co. of Oak Park, Inc., et al. 12 CH 36777 | Declaratory Judgment | Cook County, IL | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Property Damage to 2010 Chevy HHR $10,911.06 | 3 car collision on US 290 at St. Charles Rd. IL Police Report #02-12-01390 Pekin Insurance | 9/11/12 |

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Golan & Christie LLP 70 W. Madison Suite 1500 Chicago, IL 60602 | September 2012 Stuart Swezey | $16,046.00 |

**10.  Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Pekin Insurance 2505 Court St. Pekin, IL 61558 | September 2012 | 2010 HHR totaled in collision on 9/11/12 |

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Republic Bank of Chicago | Checking (. . . 0789) | June 2012 |

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| All Products Automotive, Inc. | May 2012 | $8,750.00 |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2759 Washington Blvd., Bellwood, IL 60104 | | 2008 to 2010 |
| 52 E. North Ave., Northlake, IL 60164 | | November 2010 to Present |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None □ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| Herbert A. Chill & Associates | | 2010 to Present |
| 4433 W. Touhy | | |
| Lincolnwood, IL 60712 | | |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Great Lakes Business Credit | Monthly |

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 9/29/12 | Stuart Swezey | $47,000.00 Liquidation |
| 7/1/12 | Stuart Swezey | $55,000.00 Liquidation |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 9/29/12 | Stuart Swezey<br>2975 Groveland Ave.<br>North Riverside, IL 60546 |
| 7/1/12 | Stuart Swezey<br>2975 Groveland Ave.<br>North Riverside, IL 60546 |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Stuart A. Swezey | President | Shareholder<br>100% |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

8

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stuart Swezey<br>2975 Groveland Ave.<br>North Riverside, IL 60546<br>  President | 10/1/11 to 10/5/12 | $12,214.75 used for purchase of parts |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|---------------------------------------|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|---------------------------------------|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   October  5, 2012         Signature   /s/ Stuart A. Swezey
                                                    Stuart A. Swezey
                                                    President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gabriel Sales Co. of Oak Park, Inc.** _____ ,        Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Stuart Swezey<br>2975 Groveland Ave.<br>North Riverside, IL 60546** | **Common** | **1,000** | **100%** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___ **October 5, 2012** _____        Signature **/s/ Stuart A. Swezey** _____

**Stuart A. Swezey**
**President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re    Gabriel Sales Co. of Oak Park, Inc.                         Case No. _____

                                           Debtor(s)     Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    _____   83

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    October  5, 2012                      /s/ Stuart A. Swezey

                                            Stuart A. Swezey/President

                                            Signer/Title

2000 25th LLC
c/o Ronald A. Stearney
211 W. Wacker Dr., #500
Chicago, IL 60606


ACI Parts Warehousing
330 32nd St. SE
Grand Rapids, MI 49548


Advance Auto Parts
PO Box 5219
Carol Stream, IL 60197


Al Piemonte Ford
2500 North Ave.
Melrose Park, IL 60160


All Products
4701 W. Cortland Ave.
Chicago, IL 60639


Ally
PO Box 380902
Bloomington, MN 55438


Altec
PO Box 11407
Birmingham, AL 35246


Altec Industries, Inc.
2106 S. Riverside Rd.
Saint Joseph, MO 64507


Anderson Rock River Ford
c/o Herbert I. Greene
401 W. State St., Ste. 600
Rockford, IL 61101


Aqua Chill of Chicago
PO Box 24684
Tempe, AZ 85285


Associated Tire
6208 W. Roosevelt Rd.
Oak Park, IL 60304

AT&T
PO Box 8100
Aurora, IL 60507


Automotive Distribution Network
f/k/a Parts Plus
3085 Fountainside Dr., #210
Germantown, TN 38138


Autowares
440 Kirkland S. W.
Grand Rapids, MI 49507


Autozone
3510 E. Broadway
Quincy, IL 62301


Battery Service Corporation
410 S. Evergreen St.
Bensenville, IL 60106


Bill Kay Ford
14633 S. Cicero Ave.
Midlothian, IL 60445


Blake Sales
3628 S. Blake St.
Chicago, IL 60609


BP Amoco Card
PO Box 70887
Charlotte, NC 28272


Brett Equipment
13907 Kostner Ave.
Crestwood, IL 60445


Brown & Brown Auto Center
1400 Locke Drive
Bradley, IL 60915


Chicago Parts & Sound LLC
1150 Lively Blvd.
Elk Grove Village, IL 60007

Citgo
PO Box 70995
Charlotte, NC 28272


Coffman Truck Sales Inc.
1149 W. Lake St.
Aurora, IL 60507


Community Bank of Oak Park
River Forest
1001 W. Lake St.
Oak Park, IL 60302


Consolidated Auto Service
1045 S. Des Plaines Ave.
Forest Park, IL 60130


Cunningham Security Systems
917 Lunt Ave.
Schaumburg, IL 60193


Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999


Engine Rebuilders
4010 W. North Ave.
Stone Park, IL 60165


Exide Technologies
PO Box 933479
Atlanta, GA 31193


Factory Motor Parts Company
NW 5544
PO Box 1450
Minneapolis, MN 55485


Fastenal
PO Box 978
Winona, MN 55987


FleetPride
PO Box 847118
Dallas, TX 75284

Forest Automotive
950 Des Plaines Ave.
Forest Park, IL 60130


GE Capital
PO Box 740423
Atlanta, GA 30374


Great Lakes Business Credit, LLC
1700 W. Big Beaver Rd.
Ste. 235
Troy, MI 48084


Great Lakes Business Credit, LLC
c/o Eugene J Geekie, Jr, Freeborn &
Peters, 311 S Wacker Dr, Ste 3000
Chicago, IL 60606


Great Lakes Equipment Co.
592 Mayer Street
Oglesby, IL 61348


Grote Industries
Dept. 0116
Cincinnati, OH 45263


H&R Auto and Towing
805 Hannah Ave.
Forest Park, IL 60130


Harold's Auto Services
2500 S. Central
Cicero, IL 60804


Illinois Department of
Employment Security
33 S. State St., 10th Fl.
Chicago, IL 60603


J&R Material Handling Services
PO Box 358
La Grange, IL 60525

Jack Phelan Chevrolet II, Inc.
4000 S. Harlem Ave.
Lyons, IL 60534


Jaws Inc.
2100 W. 32nd St.
Chicago, IL 60608


Jennings Chevrolet Inc.
241 Waukegan Rd.
Glenview, IL 60025


Joe Rizza
2100 South Harlem Ave.
North Riverside, IL 60546


Lakeisha S. Love
220 Silverlane
Melrose Park, IL 60160


Leo Roman
3319 Highway Ave.
Highland, IN 46322


LTD Ford
848 E. Noleman
PO Box 724
Centralia, IL 62801


Madison Partners Realty
2340 River Road
Ste. 310
Des Plaines, IL 60018


Map Alsip
12356 LA Trobe
Alsip, IL 60803


McAllister Equipment
150 E. North Ave.
Villa Park, IL 60181


McCarthy Ford
11400 S. Pulaski
Chicago, IL 60655

Middle Atlantic Warehouse
Distributor, Inc.
601 Vickers St.
Tonawanda, NY 14150


Network Products
200 Enterprise Rd.
Somerville, TN 38068


Nicor
PO Box 0632
Aurora, IL 60507


Patten Industries
#774539
4539 Solutions Center
Chicago, IL 60677


Prime Automotive
PO Box 741554
Atlanta, GA 30374


Primus
PO Box 3246
Milwaukee, WI 53201


Quality Brand
12570 Route 30
Irwin, PA 15642


Rock River Ford
224 N. Alpine
Rockford, IL 61107


Sam A. Montiel
210 Glengarry Dr.
Unit 111
Bloomingdale, IL 60108


Schauers Hardware
7449 W. Madison
Forest Park, IL 60130

Schmidt Chevrolet Cadillac Inc.
1421 W. McCord
PO Box 486
Centralia, IL 62801


Secura Insurance
PO Box 3053
Milwaukee, WI 53201


Shell
PO Box 183019
Columbus, OH 43218


Sprint
PO Box 4181
Carol Stream, IL 60197


State of Illinois
Department of Revenue
PO Box 19006
Springfield, IL 62794


Stewardship Holdings, LLC
PO Box 2775
Glenview, IL 60025


Stone Wheel Inc.
7675 S. Quincy St.
Willowbrook, IL 60527


Stuart Swezey
2975 Groveland Ave.
North Riverside, IL 60546


Sunrise Chevrolet
PO Box 6919
Saginaw, MI 48608


Sure Plus Mfg. Co.
12th and McKinley
Chicago Heights, IL 60411

Team Fenex/L&P Financial
c/o US Bank
PO Box 952092
Saint Louis, MO 63195


Uni Select
2600 South 25th Ave.
Unit O
Broadview, IL 60155


UPS
Lockbox 577
Carol Stream, IL 60132


WHI Solutions Inc.
PO Box 673749
Detroit, MI 48267


Wickstrom Chevrolet
555 E. Irving Park Rd.
Roselle, IL 60172


Wickstrom Ford
600 W. Northwest Highway
Barrington, IL 60010


Wisconsin Wholesale Tire
3655 N. 126th St.
Unit D
Brookfield, WI 53005


Wrights Auto & Tractor Parts, Inc.
2024 N. 24th St.
Quincy, IL 62301


WTD Supply
16 Rewe St.
Brooklyn, NY 11211

# United States Bankruptcy Court
### Northern District of Illinois

In re   Gabriel Sales Co. of Oak Park, Inc.

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Gabriel Sales Co. of Oak Park, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October  5, 2012

Date

/s/ Robert R. Benjamin

Robert R. Benjamin

Signature of Attorney or Litigant

Counsel for   Gabriel Sales Co. of Oak Park, Inc.

Golan & Christie LLP

70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300 Fax:(312) 263-0939
rrbenjamin@golanchristie.com