UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12 B 39770 |
| | ) | |
| GABRIEL SALES CO. OF OAK PARK, INC., | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO GOLAN & CHRISTIE LLP, ATTORNEYS FOR DEBTOR, ALLOWANCE AND PAYMENT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 78]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 51,304.00 | TOTAL COSTS REQUESTED: | $ 1,624.08 |
| TOTAL FEES REDUCED: | $      618.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 50,686.00 | TOTAL COSTS ALLOWED: | $ 1,624.08 |

**TOTAL FEES AND COSTS ALLOWED: $ 52,310.08**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(4)     **Insufficient Description**

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

(9)     **Improper Time Increments for Billing**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." In re Wildman, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

(14)   Computational or Typographical Error

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

IT IS SO ORDERED.

ENTERED:

Date:   FEB 21 2013

PAMELA S. HOLLIS
United States Bankruptcy Judge

| | | | | | |
|---|---|---|---|---|---|
| ADM | 10/10/12 | Assemble data and draft Motion and Order for payment of prepetition wages. | RRB | 1.50 | 600.00 |
| ADM | 10/10/12 | Memo to BLY upon review of prepetition budget. | RRB | 0.20 | 80.00 |
| ADM | 10/11/12 | Review current inventory and compare it to information in Schedule B and SOFA. | BLY | 0.20 | 80.00 |
| ADM | 10/11/12 | Brief meeting with Stu Swezey to discuss dates of upcoming IDI and 341 meetings, format of inventory to give Great Lakes, working out details with new landlord, etc. | BLY | 0.30 | 120.00 |
| ADM | 10/11/12 | Review and forward declarations of coverage for Debtor's insurance policies to Devon Eggert via email. | BLY | 0.10 | 40.00 |
| ADM | 10/11/12 | Call to D.Eggert regarding payment of prepetition wages. | RRB | 0.10 | 40.00 |
| ADM | 10/11/12 | Conference with client to review OIRR | RRB | 1.00 | 400.00 |
| ADM | 10/16/12 | Receipt and review of Motion to Convert by Great Lakes. | RRB | 0.40 | 160.00 |
| ADM | 10/16/12 | Memo to BLY regarding Motion to Convert. | RRB | 0.20 | 80.00 |
| ADM | 10/18/12 | Strategy conference with R. Benjamin. | BLY | 0.30 | 120.00 |
| ADM | 10/18/12 | Court appearance to present Motion for Authority to Pay Pre-petition wages and on GLBC's Motion to Convert. | BLY | 1.00 | 480.00 |
| ADM | 10/18/12 | Draft and file Motion, 4 Affidavits and Proposed Order regarding retention of counsel | RRB | 1.00 | 400.00 |
| ADM | 10/18/12 | Draft and file Motion to set claims bar date. | RRB | 0.50 | 200.00 |
| ADM | 10/19/12 | Telephone call to Stu Swezey to discuss continued pre-petition payroll motion, status of new lease and interest in unloading slow moving inventory. | BLY | 0.30 | 120.00 |
| ADM | 10/23/12 | Telephone call to Stu Swezey to discuss the best way to identify his excess inventory, confirm he is working on sales and how best to fund the pre-petition wages. | BLY | 0.20 | 80.00 |
| ADM | 10/25/12 | Telephone call from Lou Marosi to discuss inventory, new lease, budget, retention, etc. | BLY | 0.50 | 200.00 |
| ADM | 10/25/12 | Court appearance on continued motion to pay pre-petition wages. | BLY | 1.00 | 480.00 |
| ADM | 10/29/12 | Receipt and review of Insurance Dec with Great Lakes as loss payee. | RRB | 0.10 | 40.00 |
| ADM | 10/29/12 | Conference with Stu and Sue to prepare for IDI | RRB | 0.50 | 200.00 |
| ADM | 10/29/12 | IDI meeting. | RRB | 1.00 | 400.00 |
| ADM | 11/01/12 | Court appearance to present Motion to Employ, Motion to Set Claim Bar Date and cont'd Motion for Use of Cash Collateral. | BLY ⓗ | 1.00 | 480.00 |
| ADM | 11/01/12 | Court appearance to present Motion to Employ, Motion to Set Claim Bar Date and cont'd Motion for use of Cash Collateral. | BLY | 1.00 | 480.00 (-$480.00) |

| Code | Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| EXC | 12/03/12 | E-correspondence to BLY responding to WHI Solutions issue. | RRB | 0.20 | 80.00 |
| EXC | 12/04/12 | Draft Debtor's Motion to Assume Executory Contract and to Pay Cure Sum to WHI for computerized billing system and prepare Notice of Motion and draft Order. | BLY | 2.00 | 800.00 |
| EXC | 12/04/12 | Telephone call from attorney Julie Rankin at WHI/Ebay letting me know they have agreed to restore computer service, cease collection efforts on past due balance and accept future payments. | BLY | 0.20 | 80.00 |
| EXC | 12/04/12 | Conference call with Stu Swezey and Andy Schuurs of WHI getting additional information on underlying agreement for computer system and what we can do to get the system turned back on. | BLY | 0.20 | 80.00 |
| EXC | 12/04/12 | Exchange emails with Andy Schuurs and Stu Swezey reporting on my telephone conversation with attorney Julie Rankin at WHI/Ebay and confirming they have agreed to restore computer service, cease collection efforts on past due balance and accept future payments. | BLY | 0.20 | 80.00 |
| EXC | 12/04/12 | Review section 365(a) and (b) for Debtor's Motion to Assume Executory Contract and to Pay Cure Sum for WHI's computerized billing system. | BLY | 0.30 | 120.00 |
| EXC | 12/06/12 | Court appearance to present Motion to Reject Lease. | BLY | 1.00 | 480.00 |
| EXC | 12/10/12 | Case research regarding whether trustee could assume and assign non-assignable executory contract. | BLG ⑨ | 0.75 | 180.00 (-$18.00) |
| EXC | 1/03/13 | Send email to and telephone call from Stu Swezey re call I received from Debtor's former landlord; discussed status of post-petition rent, racking left in the premises and continued payment of heat and electric in lieu of rent. | BLY | 0.20 | 80.00 |
| EXC | 1/03/13 | Telephone call from Debtor's former landlord, Al Guidice, checking on claim bar date, letting me know he has new tenant moving in and to discuss his pre and post-petition claims. | BLY | 0.20 | 80.00 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Barbara L. Yong | 5.30 | 400.00 | 2,120.00 |
| Barbara L. Yong | 1.00 | 480.00 | 480.00 |

| | | | | | |
|---|---|---|---|---|---|
| FIN | 10/31/12 | Conference call with Stu Swezey and Lou Marosi re October financials and proposed November budget. | BLY | 0.30 | 120.00 |
| FIN | 10/31/12 | Review proposed November budget, October budget-to-actual, October sales report, updated A/R and collections report. | BLY | 0.20 | 80.00 |
| FIN | 10/31/12 | Conference with BLY regarding use of cash collateral. | RRB | 0.20 | 80.00 |
| FIN | 10/31/12 | Conference call with S.S. and L.M. regarding budget, sales report, A/R and collections. | RRB | 0.40 | 160.00 |
| FIN | 10/31/12 | Receipt and review of weekly sales report, budget, A/R | RRB | 0.40 | 160.00 |
| FIN | 10/31/12 | Call to S.S. regarding weekly sales report, budget and A/R | RRB | 0.30 | 120.00 |
| FIN | 10/31/12 | E-correspondence to D.E. forwarding weekly sales report, budget and A/R. | RRB | 0.20 | 80.00 |
| FIN | 11/01/12 | Lengthy telephone call with Stu Swezey reporting on this morning's court hearing and emphasizing need to be timely with all future sales and collection reports and the 11/9/12 adequate protection payment. | BLY | 0.30 | 120.00 |
| FIN | 11/01/12 | Review GLBC's Objection to Debtor's continued use of cash collateral. | BLY | 0.20 | 80.00 |
| FIN | 11/01/12 | Exchange emails with Devon Eggert and Stu Swezey following up to see whether GLBC has made any decision on what it would like to propose with respect to the excess inventory. | BLY | 0.20 | 80.00 (-$120.00) |
| FIN | 11/02/12 | Reviewed file and pleadings. (4) | BLG | 0.50 | 120.00 |
| FIN | 11/02/12 | Reviewed Great Lakes' Motion to Convert or Dismiss Case. | BLG | 0.20 | 48.00 |
| FIN | 11/02/12 | Researched cases referenced in Great Lakes' Motion. | BLG | 0.50 | 120.00 |
| FIN | 11/02/12 | Read cases referenced in Great Lakes' Motion. | BLG | 1.00 | 240.00 |
| FIN | 11/06/12 | Receipt and review of additional financial information for week ending 11/06/12. | RRB | 0.30 | 120.00 |
| FIN | 11/06/12 | Forward additional financial information to D.E. | RRB | 0.10 | 40.00 |
| FIN | 11/06/12 | Case research regarding what constitutes a bad faith filing under Chapter 11. | BLG | 3.00 | 720.00 |
| FIN | 11/06/12 | Review Great Lakes' Motion to Convert or Dismiss and file notes re: same. | AJD | 0.70 | 168.00 |
| FIN | 11/06/12 | Brief strategy conference with B. Golan re: preparing response to Motion to Convert/Dismiss. | AJD | 0.20 | 48.00 |
| FIN | 11/07/12 | Began drafting our response to motion to convert or dismiss. | BLG | 2.00 | 480.00 |
| FIN | 11/08/12 | Correspondence to D.E. with November cash collateral payment. | RRB | 0.20 | 80.00 |